# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 19-00031 |
| Plaintiff, | |
| vs. | ORDER |
| THOMAS E. MARLER, | |
| Defendant. | |

Defendant Thomas E. Marler submitted to the court subpoenas *duces tecum* ("Subpoenas") under Federal Rule of Civil Procedure 45(a) to four separate individuals.[1] The court finds that the subpoenas are null and void, because Defendant failed to comply with the requirements.

"[A] motion under § 2255 is a further step in the movant's criminal case and not a separate civil action[.]" Rules Governing § 2255 Proceedings, R.1, 28 U.S.C. § 2255. Nevertheless, "[t]he Federal Rules of Civil … and … Criminal Procedure, to the extent that they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these rules." *Id.*, R.12. "Rule 6, which permits the district court to order discovery *on*

---

[1] The Subpoenas are attached to this Order.

*good cause shown*, does not authorize fishing expeditions. *Ward v. Whitley*, 21 F.3d 1355, 1367 (5th Cir. 1994) (emphasis added).

In a criminal case, a defendant who is acting pro se must apply for the issuance of subpoenas. Fed. R. Crim. P. 17(b). In a civil case, the "clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it." Fed. R. Civ. P. 45(a)(3).

Here, Defendant has not shown good cause for the court to order discovery, pursuant to Rule 6 of the Rules Governing § 2255 Proceedings. Moreover, Defendant has failed to apply for the issuance of a subpoena pursuant to Fed. R. Crim. P. 17(b); and has failed to request the clerk to issue a subpoena pursuant to Fed. R. Civ. P. 45(a)(3). Instead, Defendant "issues" his own subpoenas without the Clerk of Court. Such an action fails to conform with the Rules Governing § 2255 Proceedings, as well as the Federal Rules of Civil and Criminal Procedure. Therefore, the Subpoenas are null and void.

**SO ORDERED.**



/s/ **Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: May 19, 2022**

IN THE UNITED STAES DISTRICT COURT
FOR THE DISTRICT OF GUAM

United States

    Plaintiff,

  vs.

Marler

    Defendant.

Case No.: CR19-00033-001

Subpoena Duces Tecum to Produce Documents

## SUBPOENA DUCES TECUM
(Fed. R. Civ. P. 45(a))

TO: Carlyn Torres:

YOU ARE COMMANDED TO PRODUCE, for inspection, copy or sampling any and all documents listed in Schedule "A" attached to this subpoena.

The stored information you are requested to produce must be submitted in paper form. The original data and documents shall be maintained in native format for the duration of litigation.

PRODUCTION IS REQUIRED by postmark in the United States Mail on or before May 7, 2022, addressed to the Honolulu Federal Detention Center and addressed to Thomas E. Marler.

This subpoena has been issued by the United States District Court for the District of Guam in connection with the case known as United States v. Marler et al., concerning the pending 28 U.S.C. 2255 action motion in the United States District Court for the District of Guam, Case No. CR19-00033-001. You must produce the the requested materials described in this subpoena [and its attachment(s)] for inspection, copying, testing, or sampling and must do so at the time and place set out in this subpoena. Your failure to do so may be punished as a contempt of court.

Pursuant to the requirements of Rule 45(a)(1)(A)(iv) of the Federal Rules of Civil Procedure, a copy of the provisions of 45(d) and (e) of teh Federal Rules of Civil Procedure are reproduced and attached to this subpoena.

Dated: April 18, 2022
Honolulu, HI

S/ *Thomas E. Marler*
Thomas E. Marler
Reg. No. 05720-093
Honolulu FDC
P.O. Box 30080
Honolulu, HI 96820

## SCHEDULE A TO
## SUBPOENA DUCES TECUM

The subpoena duces tecum to which this Schedule is attached requires you to produce for inspection, copying, testing, or sampling all of the following documents or electronically stored information or materials or tangible objects or appropriate combination of descriptions:

1. All email communications between Carlyn Torres and Thomas Marler from August 1, 2019 through December 18, 2021. Hard copy.

2. Contracts signed by Thomas E. Marler and David J. Lujan in 2016 and 2019. Hard copy.

3. All invoices for services issued to Thomas Marler from Lujan & Wolff LLP from January 2016 through January 2022. Hard copy.

4. All forms of proof of payment from Thomas Marler to Lujan & Wolff LLP and David J. Lujan from Januay 2016 through January 2022. Hard copy.


As used in this Schedule, the term "documents" means any and all tangible things and documents, whether handwritten, typed, or printed, as well as electronically stored information that may be displayed or is displayable on a computer terminal screen, or can otherwise be visually reproduced, including but not limited to letters, e-mails, faxes, cables, wires, memoranda, and interoffice communications; reports, notes, minutes and recordings, drawings, blueprints, sketches, charts, photographs and movies, patents, patent applications, assignments, contracts, agreements and other official documents and legal instruments; published material of any kind; engineering or scientific notebooks and data; travel reports and vouchers; and ledgers, bills, orders, books, records, invoices, checks, receipts, and files.

CERTIFICATE OF SERVICE

I, Thomas E. Marler, certify that I have served Ms. Carlyn Torres the attached subpoena concerning pending 28 U.S.C. 2255 motion by placing a true and correct copy in the Unites States Mail addressed as follows:

Ms. Carlyn Torres
Lujan & Wolff LLP
238 Archbishop FC Flores St.
Suite 300
Hagatna, Guam 96910

Dated: April 18, 2022
Honolulu, Hawaii

S/ *Thomas E. Marler*
Thomas E. Marler
Reg. No. 05720-093
FDC Honolulu
P.O. Box 30080
Honolulu, HI 96820

IN THE UNITED STAES DISTRICT COURT
FOR THE DISTRICT OF GUAM

United States

    Plaintiff,

vs.

Marler

    Defendants.

Case No.: CR19-00033-001

Subpoena Duces Tecum to Produce Documents

## SUBPOENA DUCES TECUM
(Fed. R. Civ. P. 45(a))

TO: Jim Brooks:

YOU ARE COMMANDED TO PRODUCE, for inspection, copy or sampling any and all documents listed in Schedule "A" attached to this subpoena.

The stored information you are requested to produce must be submitted in paper form. The original data and documents shall be maintained in native format for the duration of litigation.

PRODUCTION IS REQUIRED by postmark in the United States Mail on or before May 7, 2022, addressed to the Honolulu Federal Detention Center and addressed to Thomas E. Marler.

This subpoena has been issued by the United States District Court for the District of Guam in connection with the case known as United States v. Marler et al., concerning the pending 28 U.S.C. 2255 action motion in the United States District Court for the District of Guam, Case No. CR19-00033-001. You must produce the the requested materials described in this subpoena [and its attachment(s)] for inspection, copying, testing, or sampling and must do so at the time and place set out in this subpoena. Your failure to do so may be punished as a contempt of court.

Pursuant to the requirements of Rule 45(a)(1)(A)(iv) of the Federal Rules of Civil Procedure, a copy of the provisions of 45(d) and (e) of teh Federal Rules of Civil Procedure are reproduced and attached to this subpoena.

Dated: April 18, 2022
Honolulu, HI

S/ *Thomas E. Marler*
Thomas E. Marler
Reg. No. 05720-093
Honolulu FDC
P.O. Box 30080
Honolulu, HI 96820

## SCHEDULE A TO
## SUBPOENA DUCES TECUM

The subpoena duces tecum to which this Schedule is attached requires you to produce for inspection, copying, testing, or sampling all of the following documents or electronically stored information or materials or tangible objects or appropriate combination of descriptions:

1. All email communications between Jim Brooks and Thomas Marler from August 1, 2019 through December 18, 2021. Hard copy.

2. All email communications between Clyde Lemons and Thomas Marler to which Jim Brooks was copied between August 1, 2019 and December 18, 2021. Hard copy.

3. All email communications between Joline Cruz and Thomas Marler to which Jim Brooks was copied between August 1, 2019 and December 18, 2021. Hard copy.

4. All email communications between David Lujan and Thomas Marler to which Jim Brooks was copied between August 1, 2019 and December 18, 2021. Hard copy.

5. All notes before, during, and after the meeting between Thomas Marler, David Lujan, and Jim Brooks on the day before the motion for downward departure from guidelines was due in which the full reimbursement of payment of services was offered and discussed.

As used in this Schedule, the term "documents" means any and all tangible things and documents, whether handwritten, typed, or printed, as well as electronically stored information that may be displayed or is displayable on a computer terminal screen, or can otherwise be visually reproduced, including but not limited to letters, e-mails, faxes, cables, wires, memoranda, and interoffice communications; reports, notes, minutes and recordings, drawings, blueprints, sketches, charts, photographs and movies, patents, patent applications, assignments, contracts, agreements and other official documents and legal instruments; published material of any kind; engineering or scientific notebooks and data; travel reports and vouchers; and ledgers, bills, orders, books, records, invoices, checks, receipts, and files.

# CERTIFICATE OF SERVICE

I, Thomas E. Marler, certify that I have served Mr. Jim Brooks the attached subpoena concerning pending 28 U.S.C. 2255 motion by placing a true and correct copy in the Unites States Mail addressed as follows:

> Mr. Jim Brooks
> Lujan & Wolff LLP
> 238 Archbishop FC Flores St.
> Suite 300
> Hagatna, Guam 96910

Dated: April 18, 2022
Honolulu, Hawaii

S/ *Thomas E. Marler*
Thomas E. Marler
Reg. No. 05720-093
FDC Honolulu
P.O. Box 30080
Honolulu, HI 96820

IN THE UNITED STAES DISTRICT COURT
FOR THE DISTRICT OF GUAM

United States

    Plaintiff,

vs.

Marler

    Defendant.

Case No.: CR19-00033-001

Subpoena Duces Tecum to Produce Documents

SUBPOENA DUCES TECUM
(Fed. R. Civ. P. 45(a))

TO: Joline Cruz:

YOU ARE COMMANDED TO PRODUCE, for inspection, copy or sampling any and all documents listed in Schedule "A" attached to this subpoena.

The stored information you are requested to produce must be submitted in paper form. The original data and documents shall be maintained in native format for the duration of litigation.

PRODUCTION IS REQUIRED by postmark in the United States Mail on or before May 7, 2022, addressed to the Honolulu Federal Detention Center and addressed to Thomas E. Marler.

This subpoena has been issued by the United States District Court for the District of Guam in connection with the case known as United States v. Marler et al., concerning the pending 28 U.S.C. 2255 action motion in the United States District Court for the District of Guam, Case No. CR19-00033-001. You must produce the the requested materials described in this subpoena [and its attachment(s)] for inspection, copying, testing, or sampling and must do so at the time and place set out in this subpoena. Your failure to do so may be punished as a contempt of court.

Pursuant to the requirements of Rule 45(a)(1)(A)(iv) of the Federal Rules of Civil Procedure, a copy of the provisions of 45(d) and (e) of teh Federal Rules of Civil Procedure are reproduced and attached to this subpoena.

Dated: April 18, 2022
Honolulu, HI

S/ _Thomas E. Marler_
Thomas E. Marler
Reg. No. 05720-093
Honolulu FDC
P.O. Box 30080
Honolulu, HI 96820

## SCHEDULE A TO
## SUBPOENA DUCES TECUM

The subpoena duces tecum to which this Schedule is attached requires you to produce for inspection, copying, testing, or sampling all of the following documents or electronically stored information or materials or tangible objects or appropriate combination of descriptions:

1. All email communications between Joline Cruz and Thomas Marler from August 1, 2019 through December 18, 2021. Hard copy.

2. All email communications between Clyde Lemons and Thomas Marler to which Joline Cruz was copied between August 1, 2019 and December 18, 2021. Hard copy.

3. All email communications between Jim Brooks and Thomas Marler to which Joline Cruz was copied between August 1, 2019 and December 18, 2021. Hard copy.

4. All email communications between David Lujan and Thomas Marler to which Joline Cruz was copied between August 1, 2019 and December 18, 2021. Hard copy.


As used in this Schedule, the term "documents" means any and all tangible things and documents, whether handwritten, typed, or printed, as well as electronically stored information that may be displayed or is displayable on a computer terminal screen, or can otherwise be visually reproduced, including but not limited to letters, e-mails, faxes, cables, wires, memoranda, and interoffice communications; reports, notes, minutes and recordings, drawings, blueprints, sketches, charts, photographs and movies, patents, patent applications, assignments, contracts, agreements and other official documents and legal instruments; published material of any kind; engineering or scientific notebooks and data; travel reports and vouchers; and ledgers, bills, orders, books, records, invoices, checks, receipts, and files.

## CERTIFICATE OF SERVICE

I, Thomas E. Marler, certify that I have served Ms. Joline Cruz the attached subpoena concerning pending 28 U.S.C. 2255 motion by placing a true and correct copy in the Unites States Mail addressed as follows:

> Ms. Joline Cruz
> Lujan & Wolff LLP
> 238 Archbishop FC Flores St.
> Suite 300
> Hagatna, Guam 96910

Dated: April 18, 2022
Honolulu, Hawaii

S/ *Thomas E. Marler*
Thomas E. Marler
Reg. No. 05720-093
FDC Honolulu
P.O. Box 30080
Honolulu, HI 96820

IN THE UNITED STAES DISTRICT COURT
FOR THE DISTRICT OF GUAM

United States

    Plaintiff,

vs.

Marler

    Defendant.

Case No.: CR19-00033-001

Subpoena Duces Tecum to Produce Documents

## SUBPOENA DUCES TECUM
(Fed. R. Civ. P. 45(a))

TO: Joline Cruz:

YOU ARE COMMANDED TO PRODUCE, for inspection, copy or sampling any and all documents listed in Schedule "A" attached to this subpoena.

The stored information you are requested to produce must be submitted in paper form. The original data and documents shall be maintained in native format for the duration of litigation.

PRODUCTION IS REQUIRED by postmark in the United States Mail on or before May 7, 2022, addressed to the Honolulu Federal Detention Center and addressed to Thomas E. Marler.

This subpoena has been issued by the United States District Court for the District of Guam in connection with the case known as United States v. Marler et al., concerning the pending 28 U.S.C. 2255 action motion in the United States District Court for the District of Guam, Case No. CR19-00033-001. You must produce the the requested materials described in this subpoena [and its attachment(s)] for inspection, copying, testing, or sampling and must do so at the time and place set out in this subpoena. Your failure to do so may be punished as a contempt of court.

Pursuant to the requirements of Rule 45(a)(1)(A)(iv) of the Federal Rules of Civil Procedure, a copy of the provisions of 45(d) and (e) of teh Federal Rules of Civil Procedure are reproduced and attached to this subpoena.

Dated: April 18, 2022
Honolulu, HI

S/ *Thomas E. Marler*
Thomas E. Marler
Reg. No. 05720-093
Honolulu FDC
P.O. Box 30080
Honolulu, HI 96820

SCHEDULE A TO
SUBPOENA DUCES TECUM

The subpoena duces tecum to which this Schedule is attached requires you to produce for inspection, copying, testing, or sampling all of the following documents or electronically stored information or materials or tangible objects or appropriate combination of descriptions:

1. All email communications between Joline Cruz and Thomas Marler from August 1, 2019 through December 18, 2021. Hard copy.

2. All email communications between Clyde Lemons and Thomas Marler to which Joline Cruz was copied between August 1, 2019 and December 18, 2021. Hard copy.

3. All email communications between Jim Brooks and Thomas Marler to which Joline Cruz was copied between August 1, 2019 and December 18, 2021. Hard copy.

4. All email communications between David Lujan and Thomas Marler to which Joline Cruz was copied between August 1, 2019 and December 18, 2021. Hard copy.


As used in this Schedule, the term "documents" means any and all tangible things and documents, whether handwritten, typed, or printed, as well as electronically stored information that may be displayed or is displayable on a computer terminal screen, or can otherwise be visually reproduced, including but not limited to letters, e-mails, faxes, cables, wires, memoranda, and interoffice communications; reports, notes, minutes and recordings, drawings, blueprints, sketches, charts, photographs and movies, patents, patent applications, assignments, contracts, agreements and other official documents and legal instruments; published material of any kind; engineering or scientific notebooks and data; travel reports and vouchers; and ledgers, bills, orders, books, records, invoices, checks, receipts, and files.

CERTIFICATE OF SERVICE

I, Thomas E. Marler, certify that I have served Ms. Joline Cruz the attached subpoena concerning pending 28 U.S.C. 2255 motion by placing a true and correct copy in the Unites States Mail addressed as follows:

> Ms. Joline Cruz
> Lujan & Wolff LLP
> 238 Archbishop FC Flores St.
> Suite 300
> Hagatna, Guam 96910

Dated: April 18, 2022
Honolulu, Hawaii

S/ Thomas E. Marler
Thomas E. Marler
Reg. No. 05720-093
FDC Honolulu
P.O. Box 30080
Honolulu, HI 96820